461 A.2d 881

Madey v. Madey, Appellant.

Submitted January 12, 1983.   Paul Bogdon, for appellant;  Armand R. Cingolani, Jr., for appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Order from which appeal is taken is affirmed.

463 A.2d 487

McNeill, Appellant v. McNeill.
Reconsideration Denied Aug. 24, 1983.

Petition for Allowance of Appeal Denied Jan. 16, 1984.

Submitted February 16, 1983. Edward A. McNeill, appellant, in propria persona;  Michael Alan Shechtman, did not file a brief on behalf of appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Appeal quashed.

CERCONE, P.J., concurred in the result.